# GENDER EQUALITY LAW CENTER

157 13th Street, Brooklyn, New York 11215
(347) 844-9003 / info@genderequalitylaw.org / www.genderequalitylaw.org

October 3, 2022

**By ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Simons v. Roman Catholic Diocese of Brooklyn et. al.
          1:21 Cv 03916 (MKB-JRC)

Dear Judge Cho:

The Gender Equality Law Center represents the Plaintiff Todd Simons.  I write jointly on behalf of Plaintiff and all Defendants to apprise the Court of the status of the above-entitled matter.

The Parties are pleased to inform the Court that this case was settled in principle today at the second mediation session with EDNY panelist Jennifer Lupo.  Plaintiff is prepared to dismiss this action after the execution of two agreements ( the first agreement waives Plaintiff's statutory right to confidentiality, and the second being the settlement agreement); and Plaintiff's receipt of the settlement check.

Because of the time periods required, including those needed by the insurance carrier to issue the check, the parties anticipate that it may take a couple of months until Plaintiff can file a stipulation of withdrawal.  Other than needing this additional time to deal with the paperwork and the insurance carrier's timing, the parties do not anticipate any other barriers to resolving this matter before the end of 2022.

Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
October 3, 2022
Page 2


Thank you in advance for your patience with regard to this matter.


Respectfully submitted,

*Allegra L. Fishel*

Allegra L. Fishel


cc: Richard J. Cea
    Nicholas A. Marricco
    Counsel for Defendants (by ECF only)